U.S. COURTS

FEB 23 2026

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Petition under 28 USC § 2254
Writ of Hebeas Corpus

Vame Convicted under - Todd E Lunt

docket #

Prisoner Id # 43097

Prisioners Name under which
you where Convicted

Place of Confinement
Windham ME
Respondant (Authorized
Person Having Custody of
petitioner) - Windham FAC

Todd E Lunt vs the State of MAINE

Attorney General of the State of - MAINE

1)(A) Name And Location of the Court that Entered
Judgment of Conviction you Are Chalenging

- MAINe Judicial Center - # 1 Court St Augusta ME 043○

Length of Sentence - (5 yrs straight) (B) Criminal docket #
                                              IF you Know It
In this Case where you Convicted of    # (                    )
More Than one Crime
    Yes ☐    No ☑

(A) Date of Judgment
of Conviction
2024 (FeB- 11th And 12th

(B) Date of Sentencing
(8-12-25)

Identify All Crimes of Wich you where
Sentenced or Convicted of in this Case
(Criminal Class B Serious Bodily Injury or death OUI)

whAt WAS your plea - pled Not Guilty to Agravated Class B
                        Serious Bodily Injury or death OUI
1) Not Guilty ☑
2) Guilty ☐        I Sent A leter As well As A Form Stating
3) Nolo Contendere  That I WANTed AN Appeal (ME Judicial Center)
4) Insanity ☐       (Did you Testify At you Hearing or Trial)
                        Yes ☐    No ☑

The district Attorney in Augusta ME used FALSe documents, made prior to the Amendment to elavate A 2023 Refusal on Class (C) Crime to A serious Bodily Injury or Death out the state Aledged that I pled out to A Class Refusal #2 prior Class (C) Felony on Kennibic out of Androscoopin County Superior But that is infact not true only that I was originally charged with Refusal #2 prior Class (C) Felony But the Charge was in fact Amended on 8/6/12 to #1 prior the Non R21/2013 the Conviction was Changed At A Rule #11 hearing to Nolla #1 prior Class (C) Refusal Because 1 of the #3 priors within A 10yr period 6/18/04 was in fact dissmissed by the state DA's office in Franklin County then my Attorney Filed A Habeas Corpus to Ashure the 6/18/04 Charge could Never be used Against me Again the state Aledged I was Convicted of #3 priors within A 10yr period 6/18/04 7/24/09 and Nolla, entering the 6/18/04 As A 3rd within A 10yr Period But the FACTS Are 6/18/04 And 7/24/09 where dissmissed 6/18/04 was diss by the state And the BMV hearing And 7/24/09 was dissmissed by the BMV Because the Cop Failed to Show to the hearing on Both the DA's on Lechair was A whare And Admitted A the Sentencing hearing that he knew Class C was dissmissed however he used An Origin Charge of Refusal #2 prior Class (C) on 10/6/12 Before the Charge was Amended And Rule #11 on 12/26/12 to elavate A 2023 Refusal out to A serious Bodily Injury or Death out under (Paragraph A (7.29) A (title 29-A Sec 24-11 (11MD) (2) HAS Prior Conviction for A Class (C) or (B) Crime under this Sec former title 29-A Section 1312 B) I can Absolutly prove each And every Eliment of this Claim, this was A Case of Abuse of Power And disscreation And A Miss Application of Principal, Beside I Never Refuse Any testing, I was given A Breath test And Blew A 0.08

I Have debit CARd

Please IAsk How Much to Send Filing Fee

Dear Judge I wAnted to Add this letter in CAse I MAy of Filled the Claim out wRong, I believe this ~~Is A personAl CApAcity Claim~~ ~~Kentucky V GrAHAM 473 U.S 159 173~~ ConduCt (1983) [2] MD#4 (CrumptoN V GAtes, 947, F.2d 1418, 1420 (9th Cir 1991)

The district AttorNey Tylor Leclair out of AugustA ME with the Help of ANdroscoggiN County district AttorNeys OFFice, used A 11.6.12 Charge oF AggrAvated out #2 prior CLASS(e) doccuMeNts MAde before the Charge wAs iN FAct AMeNded, oN 8.16.12 to A Refusal #1 prior CLASS(d) Mistor MeANor to elAvAte A 2023 Refusal to A Serious Bodily INjury or Death out the origiNAl Charge wAs out of ANdroscoggiN County oN 11.6.12 the district AttorNey Tylor Leclair Aledged thatI HAd #3 priors withiN A 10yr Period 6.18.04 7.24.09 ANd 11.6.12 MAKiNg



11/6/12 AN Aggravated CLASS(C) Crime, when IN FACT 6/18/04 WAS dissmissed by Franklin County district Attorney's OFFice AS well AS by the BMV Hearing, then My Attorney Filed A Heabus corpus to Ashure the charge could Never be used Against Me Again, this is All well doccumented in the Registry of Actions, And Via dissmisse for 6/18/04 then Prior 7/24/09 WAS dissmissed At the BMV Hearing,

The DA Taylor Leclair used A FAlse CONViction OF A charge He Clearly KNeW WAS Amended And He even Addmitted After the Jury TriAl Conviction, At the SenteNCing Hearing, ON Record, that He Knew that the 6/18/04 charge WAS dissmissed witch Would change or put into question the VAlidity of the Actual CONViction ON 12/10/12, The district



Attorney Aledged that I pled out to A CLASS(C) So He WAS Able to elavate the 2023 Charge of Refusal CLASS(d) Misteř Meanor to A Serious Bodily Ijury or Death OUI under Sec 1312-B/29 title 29 sec 1312-B htm, I did plea out to A CLASS(C) oN 12/10/12 For A 11/6/12 Charge But the Charge WAS Amended oN 8/6/12 theN oN 12/20/12 A Rule #11 Hearing WAS Held to Change the doccument And Charge to 11/6/12 #1 prior CLASS(d) Mister Meanoř So oN the 2023 Charge oF Refusal remains A CLASS(d) And 7/24/09 And 11/6/12 Could Not be used Against Me because the Are both over 10yrs Old,

This Has beeN the Fight of My liFe, To begiN with I Never reFused ANy Pesting, I did



Over 2 hours of testing, then More, by Another state trooper. Then they came to the determination to give Me a breathlizer, AND I passed blowing a 0.00 Implied consent Law statue 2521 pg #394 sub sec 4  1) Mandatory submission to Chemical test / 2) Type of test; This was an Act of Abuse of Power And disscreation, And Miss Applicaton of Priciple, Hopefully this Court can Help, because I am Not shure how to go About this, or who to File this claim to. Thank you for your understandin I Appriciate Any Feedback, on How to File A claim, if I did it Wrong. Thank you for your Consideration, I can send proof for Claim IMK! what to do    Sincerly DoB 9/2/76 Todd E Lunt

INMATE ID # 43097

Todd E Luwt #43097

*(full name/prisoner number)*

#807 Cushing Rd

Warren ME

#04864

*(complete mailing address)*

FEB 23 2026

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Todd E Luwt

*(full name)*

Plaintiff,

v.

State\District Attorneys.Office

Defendant(s).

*(if you need additional space, use a blank page
for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ◉ Yes  ◯ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

- ☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☐ Other federal statute *(specify)* _____; or diversity of citizenship.
- ☑ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Todd E Luwt . I am a citizen of the State of USA ,

presently residing at MAINE STATE Prision Warren ME

**PRISONER COMPLAINT - p. 1_**                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Tylor Leclair___, who was acting as ___District Attorney___
   *(defendant)*                                    *(job title, if a person; function, if an entity).*

   for the ___State of Maine Kennebec County___
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on ___11/7/24___, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
   State indicted Todd(i-Luu) on Aggravated Criminal OUI Class(B) under Section 1312 B/2A Sec 1312-B(1(m) for A prior Conviction of A Class C Conviction 12/10/12 For A 1611/2 Refusal #2 prior Class C) 6/18/04 7/24/04 And 16/12 then on 8/6/12 the Charge was Amended to 1611/12 Refusal #1 prior Class(d) then on 12/30/12 A Rule #11 Hearing was Held Change And document where Changed to 1/6/12 #1 prior Refusal Class(d) So the district Attorney elevated And convicted me with False documents And FAlse Convictions Adding FAlse Convictions to my record 6/18/04 was dismissed By the State DA. And By the BMV Hearing All in Registry of Actions

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
   Constitution, federal statutes, or state laws: So there was No prior Class(c) the Unadmitted Class C was dismissed on Record At Sentencing Hearing
   The Acts Commited Above is A federal offence Altering Court documents to get A Conviction (Conduct proximately)

4. I allege that I suffered the following injury or damages as a result:
   I have gone through 5 Attorneys they have All lied And covered For the DA tring to Convince me I AM wrong everyone has Turned A blind eye At the truth. I have been in prison 2yr I have Suffered mentaly, emotionally, physically. I lost my Home, Credit, vehicles, pts(5) Nervous breakdowns, Freedom Humiliation

5. I seek the following relief: 2.5 Million in damages

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ⊘ Yes ⊘ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

**PRISONER COMPLAINT - p. 2**                                    *(Rev. 10/24/2011)*

c.    Pensions, annuities, or life insurance payments?      Yes◯ No◯
d.    Welfare, social security, or disability benefits?      Yes◯ No ◯
e     Gifts or inheritances?                                 Yes◯ No◯
f.    Friends or family?                                     Yes◯ No◯
g.    Any other sources?    _____              Yes◯ No◯
                           (identify source)

3.    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past six (6) months.

_____

_____

4.    Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property?

Yes ◯      No ◯ .  If the answer is "yes," describe the property and state its approximate value. *lost Harley, Jeep Patriot, Subaru WRX over 200,000. Bought A Flip property deal was to pay AFTER Sale Put 80,000 in property 2 yrs later got locked up lost everything Right Before sale would of made 290,000 plus 2 Achres on pond*

5.    List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you contribute or are obligated to contribute, toward their support. *Collectibles, tools, Boat, Camper over 500,000, Credit disstroyed 8,000 Fines* *3 lane Indian Trail Augusta ME*

Person                    Relationship              Due Each Month
___N/A___                 ___N/A___                 $_____
                                                    $_____

6.    I have attached a Prison Trust Account Statement to this Form. Yes ◯    No ◯

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _28_ day of _January_ _____.

                                    _____
                                    Plaintiff/Petitioner

*Notes: You do not need to send a copy of this document to Defendant/Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.*

PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 2        *(Rev. 10/24/2011)*

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
| August CAP Judicial | | FAlse Conviction FAlsefieing Reccord | Filed | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⭘  do not ⭘   request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I have A suffer Mental dissAbilitys, Would it be ok to have MAby SAme Attorney I have For my Appeal Court Appointed Attorney John Pellitier Having Hard time UnderstANdiNg All the languge of the Courts, I WANNA MAKe Sure it's right So I don't WAste Courts time, thank you For consideration

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 1\28\26 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)*

Executed at  MAINE StAtc prisioN  on  1\28\26
(Location)                              (Date)

Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

**PRISONER COMPLAINT - p. 3_**

*(Rev. 10/24/2011)*